THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley, | Case No.: 2:17-cv-00706-PMW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Panda Express, Inc. *d.b.a.* Panda Express, | Assigned to Magistrate Judge Paul M. Warner |
| Defendant. | |

PLEASE TAKE NOTICE that, Plaintiff, Trevor Kelley, and Defendant Panda Express, Inc. (collectively, the "Parties"), hereby give notice that the Parties have resolved and agreed to settle this Action. As a result, the Parties anticipate filing dismissal papers within the next thirty (30) days.

In conformance with DUCivR 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this Action so the Parties can finalize settlement documents.

**RESPECTFULLY SUBMITTED** on this 20th day of October, 2017.

/s/ James K. Ord, III
JAMES K. ORD, III
The Ord Firm, P.C.
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and forward the foregoing document via e-mail to the following recipients:

Ed Lodgen, Esq.
Sr. Real Estate & Dispute Resolution Attorney
Panda Restaurant Group, Inc.
1683 Walnut Grove Avenue
Rosemead, CA  91770
Tel: (626) 799-9898, ext. 8464
Direct: (626) 372-8565
Ed.Lodgen@PandaRG.com
*Authorized Representative for Defendant*

*/s/ Lisa Stamper\**
(\* *I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action)*