THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley, <br><br> Plaintiff, <br><br> v. <br><br> Panda Express, Inc. *d.b.a.* Panda Express, <br><br> Defendant. | Case No.: 2:17-cv-00706-PMW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Assigned to Magistrate Judge Paul M. Warner |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Trevor Kelley, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY** submitted on this 20th day of November 2017.

/s/ James K. Ord, III
JAMES K. ORD, III, ESQ.
P.O. Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of November 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and caused a true copy of the foregoing document, NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, to be served via e-mail upon the following recipients:

Ed Lodgen, Esq.
Sr. Real Estate & Dispute Resolution Attorney
Panda Restaurant Group, Inc.
1683 Walnut Grove Avenue
Rosemead, CA  91770
Tel: (626) 799-9898, ext. 8464
Direct: (626) 372-8565
Ed.Lodgen@PandaRG.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action)*